# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

156589 & (24)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MARSEILLES DEMOND WOODLEY,
      Plaintiff-Appellant,

v

SC: 156589
COA: 338608

IONIA CORRECTIONAL FACILITY
WARDEN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to file an original action is DENIED.



a1022

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



Clerk